


UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

MINUTE ENTRY/ORDER

FOR MATTER TAKEN UNDER ADVISEMENT

| | |
|---|---|
| Bankruptcy Judge: | Hon. Redfield T. Baum |
| Case Name: | Douglas Carroll & Shannon Noelle Rhoads, Chapter 11 |
| Case No.: | 2:10-bk-17533-RTB |
| Subject of Matter: | Motion To Dismiss Chapter 11 Case |
| Date Matter Taken Under Advisement: | May 9, 2012 |
| Date Ruled Upon: | June 1, 2012 |

Pending before the court is the motion to dismiss this chapter 11 case. This chapter 11 case was filed on June 4, 2010. No plan of reorganization or disclosure statement has been filed. The debtors were ordered on December 14, 2011 to file a plan and disclosure statement by February 13, 2012. This case has had a troubled procedural history having been dismissed for failure of the debtors to take required actions timely. The debtors have used this chapter 11 proceeding to engage in extensive litigation with their secured creditors.

Based upon the entire record here, the court concludes that the appropriate cause exists to warrant the dismissal of this case, including but not limited to the failure to ever file a plan and disclosure statement as ordered by this court. Further and considering the extensive proceedings here together with the total failure by these debtors to make any effort to pursue a plan of

reorganization; the court concludes that the case should be dismissed with prejudice barring another filing for a period of one year from the date of this order. Therefore,

    IT IS ORDERED DISMISSING THIS CASE WITH PREJUDICE FOR A PERIOD OF ONE YEAR FROM THE DATE OF THIS ORDER.

    Dated this __1__ day of June, 2012.

                                      Hon. Redfield T. Baum
                                      United States Bankruptcy Judge

Copy of the foregoing
mailed this __1__ day of
June, 2012 to:

Douglas C. Rhoads
RHOADS & ASSCIATES, PLC
3844 North 32nd Street, Suite 3
Phoenix, Arizona 85018

Larry Lee Watson
Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

Jamin Neil
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177

by __/s/ Gloria C. Magana__
       Judicial Assistant